# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MATTHEW FLOETER,**

**Plaintiff,**

**-vs-**                                        **Case No.  6:05-cv-400-Orl-31UAM**

**CITY OF ORLANDO,**

**Defendant.**

_____/

# ORDER

This matter comes before the Court on the Order to Show Cause (Doc. 188) why sanctions should not be imposed.  After reviewing the responses by both the Plaintiff (Doc. 200) and the Defendant (Doc. 205), the Court concludes that sanctions are not warranted.  The question that resulted in the mistrial was ill-advised, particularly in light of the earlier mistrial for eliciting information on a forbidden topic.  But given that the Defendant inquired about Easterling's suit against the Defendant, the Court cannot conclude that the Plaintiff's question about the result of those proceedings was entirely unjustified or inexcusable – or at least not so unjustified as to deserve sanctions under either 28 U.S.C. § 1927 or the Court's inherent powers – particularly when given that the Plaintiff sought a sidebar prior to asking the question.

To avoid this problem coming up again during the retrial, both parties will be prohibited from raising the issue of Easterling's suit against the Defendant, or its result.

In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Order to Show Cause (Doc. 188) is **DISCHARGED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 14, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

-2-