**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MATTHEW FLOETER,**

        **Plaintiff,**

-vs-                                          **Case No. 6:05-cv-400-Orl-31GJK**

**CITY OF ORLANDO,**

        **Defendant.**
_____/

## ORDER

This matter comes before the Court on the Plaintiff's Proposed Bill of Costs (Doc. 219) and Defendant's opposition thereto (Doc. 228). After reviewing the papers, the Court finds that the Plaintiff should be allowed the following costs pursuant to 28 U.S.C. § 1920:

| | |
|---|---:|
| Filing fee | $250.00 |
| Witness fees (trial #3) for James, McCoy, and Miller | $120.00 |
| Trial subpoenas (trial #3) | $90.00 |
| Copies (trial notebooks) and documents (1,478 x .15) | $221.70 |
| Deposition transcript | $873.00 |
| Total | $1,554.70 |

The Clerk is **DIRECTED** to amend the Bill of Costs (Doc. 224) and enter a cost judgment for Plaintiff and against Defendant in the amount of $1,554.70.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 25, 2008.

                                                                  GREGORY A. PRESNELL
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party